# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DIGITALDOORS, INC.<br><br>v.<br><br>CATHAY BANK | CASE NO. 2:24-cv-00312-JRG-RSP<br>(Lead Case) |
| DIGITALDOORS, INC.<br><br>v.<br><br>WELLS FARGO BANK, N.A. | CASE NO. 2:24-cv-00310-JRG-RSP<br>(Member Case) |
| DIGITALDOORS, INC.<br><br>v.<br><br>CADENCE BANK | CASE NO. 2:24-cv-00311-JRG-RSP<br>(Member Case) |
| DIGITALDOORS, INC.<br><br>v.<br><br>FIRST HORIZON BANK, ET AL. | CASE NO. 2:24-cv-00313-JRG-RSP<br>(Member Case) |
| DIGITALDOORS, INC.<br><br>v.<br><br>FIRST NATIONAL BANK OF OMAHA | CASE NO. 2:24-cv-00314-JRG-RSP<br>(Member Case) |
| DIGITALDOORS, INC.<br><br>v.<br><br>FROST BANK | CASE NO. 2:24-cv-00315-JRG-RSP<br>(Member Case) |
| DIGITALDOORS, INC.<br><br>v.<br><br>PNC BANK, N.A. | CASE NO. 2:24-cv-00317-JRG-RSP<br>(Member Case) |

## **ORDER**

Before this Court is Defendant Cadence Bank's Motion to Dismiss the Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). Having considered the parties' arguments and the pleadings, the Court is of the opinion that the Motion should be granted.

**IT IS ORDERED**, therefore, that Defendant Cadence Bank's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) is **GRANTED**, and Plaintiff's Complaint (Member Case No. 2:24-cv-00311-JRG-RSP, Dkt. 1) is hereby **DISMISSED WITH PREJUDICE.**