# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DIGITALDOORS, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:24-CV-00312-JRG-RSP |
| | § | (Lead Case) |
| CATHAY BANK, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Frost Bank previously filed a Motion to Dismiss Plaintiff's Complaint. (Dkt. No. 23.) Magistrate Judge Payne entered a Report and Recommendation recommending denial of Frost's Motion to Dismiss. (Dkt. No. 71.) Frost has now filed Objections. (Dkt. No. 74.)

After conducting a *de novo* review of the briefing on the Motion to Dismiss Plaintiff's Complaint, the Report and Recommendation, and the briefing on Frost's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous. Consequently, the Court **OVERRULES** Frost's Objections, **ADOPTS** the Report and Recommendation, and **ORDERS** that the Motion to Dismiss Plaintiff's Complaint (Dkt. No. 23) is **DENIED**.

**So ORDERED and SIGNED this 28th day of March, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE