# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| DIGITALDOORS, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00312-JRG-RSP |
| CATHAY BANK, | § § | (Lead Case) |
| *Defendant*. | § § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00313-JRG-RSP |
| FIRST HORIZON BANK and IBERIA BANK, | § § § | (Member Case) |
| *Defendant*. | § | |

## ORDER

Defendants First Horizon Bank and Iberia Bank previously filed a Motion to Dismiss for Failure to State a Claim. (Dkt. No. 20.) Magistrate Judge Payne entered a Report and Recommendation recommending denial of Defendants' Motion to Dismiss. (Dkt. No. 72.) Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Dismiss Pursuant to Rule 12(b)(6) (Dkt. No. 20) is **DENIED**.

So ORDERED and SIGNED this 28th day of March, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE