# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| DIGITALDOORS, INC., § § *Plaintiff*, § § v. § § CATHAY BANK, § § *Defendant.* § | CIVIL ACTION NO. 2:24-CV-00312-JRG-RSP (Lead Case) |
| v. § § CADENCE BANK, § § *Defendant.* § | CIVIL ACTION NO. 2:24-CV-00311-JRG-RSP (Member Case) |

## ORDER

Defendant Cadence Bank previously filed a Motion to Dismiss Pursuant to Rule 12(b)(6). (Dkt. No. 18.) Magistrate Judge Payne entered a Report and Recommendation recommending denial of Cadence's Motion to Dismiss Pursuant to Rule 12(b)(6). (Dkt. No. 73.) Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Dismiss Pursuant to Rule 12(b)(6) (Dkt. No. 18) is **DENIED**.

**So ORDERED and SIGNED this 28th day of March, 2025.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE