# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DIGITALDOORS, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CATHAY BANK,**<br><br>Defendant. | **Civil Action No: 2:24-cv-00312-JRG-RSP**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED**<br><br>**LEAD CASE** |
| **FIRST HORIZON BANK and IBERIA BANK,**<br><br>Defendants. | **Civil Action No: 2:24-cv-00313-JRG-RSP**<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW NAN LAN AS COUNSEL OF RECORD

Before the Court is Defendants' Unopposed Motion to Withdraw Nan Lan as Counsel of Record (the "Motion").

The Court has considered Defendants' Motion and is of the opinion that the Motion should be GRANTED.